JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Vaughan, | Case No.: CV 17-4614-DSF (JEMx) |
| Plaintiff, | |
| vs. | |
| The Boeing Company, et al., | JUDGMENT |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal or Sanctions for Failure to Prosecute and Failure to Comply with Court Orders, and plaintiff not having timely responded, appeared at her deposition as required, or appeared at the hearing,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: September 19, 2018

Dale S. Fischer
United States District Judge